UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RODNEY FORD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:18-CV-3095-B |
| | § | |
| OTIS NORMAN FREEMEN, | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files, and records in this case and of the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated January 16, 2020, the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted and Plaintiff Rodney Freeman's Motion for Summary Judgment Against Defendant Otis Norman Freeman [Dkt. No. 65] is GRANTED in part. The Court GRANTS Plaintiffs motion for summary judgment on the breach of contract and money had and received claims and imposes a constructive trust on Defendant's house located at 1601 Wickersham, Huntsville, Texas, and any property that can be traced to the proceeds of the Prudential insurance policy procured by David Freeman as a benefit of his employment with MBNA.

Plaintiff may file a supplement to his motion for summary judgment and summary judgment evidence concerning attorney's fees by **February 17, 2020**

**SO ORDERED** this 31st day of January, 2020.


_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE